# IN THE UNITED STATES DISTRICT COURT
# FORT THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IBRAHIM A. AHMAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-14-1189-HE |
| | ) |
| THE STATE OF OKLAHOMA, EX REL., | ) |
| THE BOARD OF REGENTS FOR THE | ) |
| OKLAHOMA AGRICULTURAL AND | ) |
| MECHANICAL COLLEGES, a | ) |
| Constitutional State agency, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Ibrahim A. Ahmad and hereby dismisses the above-styled and captioned matter against the Defendant with prejudice as to any future filings.

Dated June 2, 2015.

Respectfully submitted,

/s/ Scott K. Thomas
Scott K. Thomas, OBA #21842
Houston, Osborn, Sexton & Thomas, PLLC
123 W. 7th Avenue, Suite 200
P.O. Box 1118
Stillwater, OK 74076
(405) 377-7618
(405) 377-8234 facsimile
sthomas@houston-osborn.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael Scott Fern
Board of Regents for the Oklahoma
Agricultural and Mechanical Colleges
5th Floor, Student Union Building
Oklahoma State University
Stillwater, OK 74078-7044
msfern@okstate.edu

and

Steve Stephens
Fellers Snider Blankenship Bailey & Tippens-OKC
100 N Broadway Ave
Suite 1700
Oklahoma City, OK 73102-8820
steve.stephens@okstate.edu

/s/ Scott K. Thomas
Scott K. Thomas